# Exhibit D



# Human Rights Defense Center

DEDICATED TO PROTECTING HUMAN RIGHTS

July 16, 2024

Privacy Office
Attn: FOIA Appeals, U.S. Department of Homeland Security
2707 Martin Luther King Jr. Avenue SE
Mail Stop 0655
Washington D.C. 20528-0655

*Sent via mail with an emailed copy sent to foia@hq.dhs.gov*

**Re:** Appeal for FOIA File No. 2024-HQFO-01958

To the FOIA Appeals Officer:

The Human Rights Defense Center (HRDC) submits this letter as an appeal to a response provided by the Department of Homeland Security (DHS) to FOIA File No. 2024-HQFO-01958. HRDC's original public record request follows this letter as Attachment A.

On July 11, 2024, HRDC submitted a FOIA Records Request with the following wording:

HRDC is seeking records of all FOIA litigation against Department of Homeland Security (DHS) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically, HRDC requests the following records, provided in electronic native format where possible, and otherwise in electronic format:

1. Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against DHS and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from July 11, 2014 to the present:
   - The name of all parties involved;
   - The case or claim number;
   - The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);
   - The date of resolution;
   - The amount of money involved in the resolution and to whom it was paid,

2. For each case or claim detailed above:

---

P.O. Box 1151, Lake Worth, FL 33460
754-263-4568   |   FOIA@humanrightsdefensecenter.org

- The complaint or claim form and any amended versions;
- The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.

On July 11, 2024, The U.S. Department of Homeland Security responded that the request is too broad in scope or did not specifically identify the records which you are seeking. Records must be described in reasonably sufficient detail to enable government employees who are familiar with the subject area to locate records without placing an unreasonable burden upon the agency.

HRDC appeals this response from DHS's unlawful "Too Broad" scope determination and request the agency reconsider its obligations under the FOIA in light of DOJ OIP's guidance: https://www.justice.gov/oip/blog/foia-update-oip-guidance-determining-scope-foia-request.

6 C.F.R. 5.3(b) requires:
A reasonable description contains sufficient information to permit an organized, non-random search for the record based on the component's filing arrangements and existing retrieval systems. To the extent possible, requesters should include specific information that may assist a component in identifying the requested records, such as the date, title or name, author, recipient, subject matter of the record, case number, file designation, or reference number.

Please search DHS's FOIA Office, The Office of the Secretary, The Office of the Chief Financial Officer, and the Office of Acquisition Management for records responsive to this request.

Please contact me via email, foia@humanrightsdefensecenter.org, should you require any additional information. Thank you for your time and attention in this matter.

Sincerely,

*Tiffany Hollis*

Tiffany Hollis
Public Records Manager
HUMAN RIGHTS DEFENSE CENTER