# Exhibit E

U.S. Department of Homeland Security
Washington, DC 20528



August 27, 2024

Tiffany Hollis
P.O. Box 1151
Lake Worth, FL 33460

Re:  **DHS Appeal Number 2024-HQAP-00705**
     **FOIA Request Number 2024-HQFO-01958**

Dear Requester:

The Department of Homeland Security (DHS) has received your appeal of the response by the Privacy Office to your Freedom of Information Act (FOIA) request concerning the "Too Broad" final response. On behalf of the Deputy Associate General Counsel for General Law, we acknowledge your appeal and are assigning it number **2024-HQAP-00705** for tracking purposes. Please reference this number in any future communications about your appeal.

A high number of FOIA requests have been received by the Department. Accordingly, we have adopted the court-sanctioned practice of generally handling backlogged appeals on a first-in, first-out basis.[1] While we will make every effort to process your appeal on a timely basis, there may be some delay in resolving this matter.

Your appeal has been assigned reference number **2024-HQAP-00705**. The status of your FOIA request is now available online and can be accessed at: SecureRelease™ Portal, by using this FOIA request number.

Should you have any questions concerning the processing of your appeal, please contact me at Eric.Neuschaefer@hq.dhs.gov.

Sincerely,

Eric A. Neuschaefer
Senior Director, Litigation, Appeals, and Policy

---

[1] Appeals of expedited treatment denials will be handled on an expedited basis.