UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | Civil Action No. 25-1525 (APM) |

**INITIAL JOINT STATUS REPORT**

Plaintiff, Human Rights Defense Center, and Defendant, the United States Department of Homeland Security (collectively "the Parties"), have conferred and hereby submit this initial Joint Status Report in this Freedom of Information Act ("FOIA") matter pursuant to the June 20, 2025 order of the court.

Plaintiff filed the complaint on May 14, 2025 (ECF No. 1).  Defendant answered on June 18, 2025 (ECF No. 4).  Plaintiff submitted a FOIA request dated July 11, 2024, seeking records of all FOIA litigation against the Department of Homeland Security (DHS) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims.

The Department has completed the initial search and processing of requested documents. It is anticipated that the number of potentially responsive documents is approximately 116 documents and 2,009 pages.  The Department will endeavor to release all responsive records, subject to applicable FOIA exemptions, to Plaintiff by July 14, 2025, or shortly thereafter.

The parties request that the next Joint Status Report be filed on or before September 5, 2025, to update the Court on the status.

| | |
|---|---|
| Dated: July 7, 2025<br>  Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| BY:  */s/ James M. Slater*<br>JAMES MURRAY SLATER<br>Slater Legal PLLC<br>2296 Henderson Mill Road<br>Suite 116<br>Atlanta, GA 30345<br>(404) 458-7283<br>James@slater.Legal<br><br>*Attorney for Plaintiff* | By:         */s/ Thomas W. Duffey*<br>    THOMAS W. DUFFEY<br>    Assistant United States Attorney<br>    601 D Street, NW<br>    Washington, DC 20530<br>    (202) 252-2510<br><br>*Attorneys for the United States of America* |

- 2 -