UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>  Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>  Defendant. | Civil Action No. 25-1525 (APM) |

**JOINT STATUS REPORT**

  Plaintiff, Human Rights Defense Center, and Defendant, the United States Department of Homeland Security (collectively "the Parties"), have conferred and hereby submit this initial Joint Status Report in this Freedom of Information Act ("FOIA") matter pursuant to the July 8, 2025 Minute Order of the court.

  Plaintiff filed the complaint on May 14, 2025 (ECF No. 1). Defendant answered on June 18, 2025 (ECF No. 4). Plaintiff submitted a FOIA request dated July 11, 2024, seeking records of all FOIA litigation against the Department of Homeland Security (DHS) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims.

  The Department has completed the initial search and processing of requested documents. The Department issued a response to Plaintiff on July 10, 2025. For this production, DHS processed 2,275 pages. Of the 2,275 pages, 1,996 pages were released in full, 13 pages were withheld in part pursuant to FOIA exemption (b)(6), and an additional 266 pages were considered duplicates. Although this was considered Defendant's final response, Defendant recently received an inquiry to search for additional records. Defendant plans to review the request and respond expeditiously.

- 2 -

The parties request that the next Joint Status Report be filed on or before November 5, 2025, to update the Court on the status.

| | |
|---|---|
| Dated: September 5, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| BY:  */s/ James M. Slater*<br>JAMES MURRAY SLATER<br>Slater Legal PLLC<br>2296 Henderson Mill Road<br>Suite 116<br>Atlanta, GA 30345<br>(404) 458-7283<br>James@slater.Legal<br><br>*Attorney for Plaintiff* | By:       */s/ Thomas W. Duffey*<br>THOMAS W. DUFFEY<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2510<br><br>*Attorneys for the United States of America* |