UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMN RIGHTS DEFENSE CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | Civil Action No. 25-1525 (APM) |

**JOINT STATUS REPORT**

　　Plaintiff, Human Rights Defense Center, and Defendant, the United States Department of Homeland Security (collectively "the Parties"), have conferred and hereby submit this initial Joint Status Report in this Freedom of Information Act ("FOIA") matter pursuant to the September 8, 2025 Minute Order of the Court and Chief Judge Boasberg's Standing Order No. 25-59.

　　Plaintiff filed the complaint on May 14, 2025 (ECF No. 1). Defendant answered on June 18, 2025 (ECF No. 4). Plaintiff submitted a FOIA request dated July 11, 2024, seeking records of all FOIA litigation against the Department of Homeland Security (DHS) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims.

　　The Department has completed the initial search and processing of requested documents. The Department issued a response to Plaintiff on July 10, 2025. For this production, DHS processed 2,275 pages. Of the 2,275 pages, 1,996 pages were released in full, 13 pages were withheld in part pursuant to FOIA exemption (b)(6), and an additional 266 pages were considered duplicates. Although this was considered Defendant's final response, Defendant received a request from Plaintiff to search for additional records. Defendant has completed the supplemental

- 2 -

search and located no additional responsive records. Plaintiff does not believe Defendant has conducted an adequate search.

The parties therefore propose the following summary judgment briefing schedule:

1) Defendant to file its motion for summary judgment by February 20, 2026;

2) Plaintiff's response and any cross-motion is due by March 20, 2026;

3) Defendant's reply and opposition due by April 10, 2026; and

4) Plaintiff's reply is due by May 8, 2026.

Dated: December 29, 2025
      Washington, DC

BY: __/s/ *James M. Slater*
JAMES MURRAY SLATER
Slater Legal PLLC
2296 Henderson Mill Road
Suite 116
Atlanta, GA 30345
(404) 458-7283
James@slater.Legal

*Attorney for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       */s/ Thomas W. Duffey*
    THOMAS W. DUFFEY
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2510

*Attorneys for the United States of America*