UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **HUMAN RIGHTS DEFENSE CENTER,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Case No. 25-cv-1525 (APM) |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** | ) ) ) ) | |
| **Defendant.** | ) ) ) | |

# ORDER

After reviewing the Joint Status Report, ECF No. 8, the court orders the following with regard to further proceedings in this matter:

I. <u>Scheduling.</u>

A. Defendant's Motion for Summary Judgment shall be filed on or before **February 20, 2026**;

B. Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment shall be filed on or before **March 20, 2026**;

C. Defendant's Reply and Opposition to Plaintiff's Motion for Summary Judgment shall be filed on or before **April 10, 2026**; and

D. Plaintiff's Reply shall be filed on or before **May 8, 2026**.

**The parties may not extend any of the above deadlines by stipulation; instead, the parties must seek an extension by motion. Motions to extend deadlines shall indicate whether any previous extensions were requested.**

2

 

Dated: December 30, 2025

                                                         Amit P. Mehta
                                                      United States District Judge