UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | Civil Action No. 25-1525 (APM) |

**CONSENT MOTION FOR EXTENSION OF THE SUMMARY JUDGMENT BRIEFING SCHEDULE**

Defendant, the United States Department of Homeland Security ("Defendant"), hereby moves for a modification of the summary judgment briefing schedule. Pursuant to Local Civil Rule 7(m), undersigned counsel consulted with counsel for Plaintiff, James Slater, who kindly assented to the relief requested in this motion and the below proposed briefing schedule.

Pursuant to the Court's December 30, 2025 Order, ECF No. 9, Defendant's motion for summary judgment is due on February 20, 2026. This is the first request for an extension of the summary judgment briefing schedule and there have been no prior requests.

**ARGUMENT**

"When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1). "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "District courts enjoy broad discretion when deciding case management and scheduling matters." *McGehee v. Dep't of Just.*, 362 F. Supp. 3d 14, 18 (D.D.C. 2019).

Good grounds exist for the granting of this motion pursuant to Fed. R. Civ, P. 6(b)(1).

First, as with all AUSA's in the office, the government shutdown and the end of the shutdown have caused much back up and congestion to this day on undersigned counsel's docket, and have exacerbated an already burdensome workload of over 100 cases.

Second, as a result of being on top of the emergency duty list, undersigned counsel has been assigned to prepare an opposition to a motion for a preliminary injunction in an immigration case involving twenty-four Plaintiffs and executive policies.  The opposition is due next week, and the matter has been occupying an inordinate amount of counsel's time this week and will continue into next week.

Third, the Defendant, the Department of Homeland Security, is presently experiencing a shutdown which has made communication and consultation difficult, thereby hampering the preparation of a dispositive motion.

Finally, counsel has been dealing with an unfortunate personal matter - a serious property damage situation in Massachusetts arising out of the recent historic cold snap, and which has required an emergency response. Counsel has traveled twice to Massachusetts to meet with professionals concerning the property.

Undersigned counsel does not request this extension lightly.  However, due to the foregoing, undersigned counsel needs additional time to prepare a dispositive motion.

The parties therefore propose the following summary judgment briefing schedule:

1) Defendant to file its motion for summary judgment by March 27, 2026;

2) Plaintiff's response and any cross-motion is due by April 27, 2026;

3) Defendant's reply and opposition due by May 18, 2026; and

4) Plaintiff's reply is due by June 12, 2026.

A proposed order is attached.

Dated: February 19, 2026    Respectfully submitted,
       Washington, DC

                             JEANINE FERRIS PIRRO
                             United States Attorney

                             By:      */s/ Thomas W. Duffey*
                             THOMAS W. DUFFEY
                             Assistant United States Attorney
                             601 D Street, NW
                             Washington, DC 20530
                             (202) 252-2510

                             *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Civil Action No. 25-1525 (APM) |

**[PROPOSED]** ORDER

This matter, having come before the Court on the consent motion of the Defendant to extend the summary judgment briefing schedule, and the Court having considered the motion, the motion is granted, and the Court ORDERS the following:

1)    Defendant to file its motion for summary judgment by March 27, 2026;

2)    Plaintiff's response and any cross-motion is due by April 27, 2026;

3)    Defendant's reply and opposition due by May 18, 2026; and

4)    Plaintiff's reply is due by June 12, 2026.

SO ORDERED.

_____
AMIT P. MEHTA
United States District Judge