UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>      Defendant. | Civil Action No. 25-1525 (APM) |

ORDER

This matter, having come before the Court on the consent motion of the Defendant to extend the summary judgment briefing schedule, and the Court having considered the motion, the motion is granted, and the Court ORDERS the following:

1)    Defendant to file its motion for summary judgment by April 1, 2026;

2)    Plaintiff's response and any cross-motion is due by May 1, 2026;

3)    Defendant's reply and opposition due by May 28, 2026; and

4)    Plaintiff's reply is due by June 18, 2026.

SO ORDERED.

_____
AMIT P. MEHTA
United States District Judge