UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, *Plaintiff*, v. U.S. DEPARTMENT OF HOMELAND SECURITY, *Defendant*. | Civ. A. No. 25-1525 (APM) |

## DEFENDANT'S CONSENT MOTION TO STAY

Defendant, the U.S. Department of Homeland Security (hereinafter "DHS"), respectfully moves for a stay of this Freedom of Information Act ("FOIA") case, including the summary judgment briefing schedule. Defendant seeks this relief due to the lapse of appropriations at DHS, and due to the possibility that, after appropriations are restored, Defendant's intended supplemental production may resolve the issue which is presently scheduled for summary judgment briefing per the Court's February 21, 2026 order. Defendant's motion for summary judgment is due on April 1, 2026 per the Court's order.

Pursuant to Local Rule 7(m), counsel for Defendant conferred with counsel for Plaintiff, James Slater, who consents to the relief requested by this motion. The grounds for this motion are as follows.

Defendant DHS is currently experiencing a lapse in appropriations. During this time, DHS personnel assigned to this matter are prohibited from working on this case, and the DHS FOIA Office is furloughed and unable to continue working on or processing the request. Once appropriations are restored, DHS will resume work on this matter, and Defendant intends on making a supplemental production which may serve to obviate the need for summary judgment.

- 2 -

In this light, DHS respectfully requests a stay of this matter and the summary judgment briefing schedule.   The parties propose to file a Joint Status Report within thirty days after appropriations are restored to advise the court of the status and whether briefing will be necessary.

Therefore, the Government hereby requests a stay of this matter, including summary judgment briefing, until appropriations to DHS are restored. A proposed order is attached.

Dated: March 24, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____ */s/ Thomas W. Duffey* _____
       THOMAS W. DUFFEY
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2510
       Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*

- 2 -