UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

    *Plaintiff*,

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY,

    *Defendant*.

Civ. A. No. 25-1525 (APM)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's consent motion for a stay, and the entire record, it is hereby:

ORDERED that the motion is GRANTED; and it is further

ORDERED that this matter, including summary judgment briefing, is hereby STAYED; and it is further

ORDERED that the parties shall file a joint status report within thirty days of appropriations being restored to the Department of Homeland Security to advise of the status.

SO ORDERED:


_____
Dated

_____
AMIT P. MEHTA
United States District Judge