UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

Defendant.

Civil Action No. 25-1525 (APM)

**JOINT STATUS REPORT**

Plaintiff, Human Rights Defense Center, and Defendant, the United States Department of

Homeland Security (collectively "the Parties"), have conferred and hereby submit this initial Joint

Status Report in this Freedom of Information Act ("FOIA") matter pursuant to the March 27, 2026

Minute Order of the Court.  Appropriations have been restored to the Department of Homeland

Security ("DHS").

Plaintiff filed the complaint on May 14, 2025 (ECF No. 1).  Defendant answered on June

18, 2025 (ECF No. 4).  Plaintiff submitted a FOIA request dated July 11, 2024, seeking records of

all FOIA litigation against the Department of Homeland Security (DHS) and/or its employees or

agents where the agency and/or its insurers paid $1,000 or more to resolve claims.

The Department completed an initial search and processing of requested documents.  The

Department issued a response to Plaintiff on July 10, 2025. For this production, DHS processed

2,275 pages. Of the 2,275 pages, 1,996 pages were released in full, 13 pages were withheld in part

pursuant to FOIA exemption (b)(6), and an additional 266 pages were considered duplicates.

- 2 -

DHS will be issuing a supplemental release to Plaintiff by June 5, 2026.  The parties request that the Plaintiff be given time to review the supplemental release and the parties will discuss remaining issues before a summary judgment briefing schedule is proposed.

The parties therefore propose that they file a joint status report on or before June 26, 2026, to advise the Court of the status and propose a schedule for further proceedings.

Dated:  May 26, 2026
        Washington, DC

BY:  __/s/ James M. Slater__
JAMES MURRAY SLATER
Slater Legal PLLC
2296 Henderson Mill Road
Suite 116
Atlanta, GA 30345
(404) 458-7283
James@slater.Legal

*Attorney for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:  _____*/s/ Thomas W. Duffey*_____
     THOMAS W. DUFFEY
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2510

*Attorneys for the United States of America*