UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Defendant.

Civil Action No. 25-1525 (APM)

**SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Devin Iorio and remove the appearance of Assistant United States Attorney Thomas Duffey as counsel for Defendant in the above-captioned case.

Dated: October 21, 2026

Respectfully submitted,

By: /s/ *Devin Iorio*

DEVIN IORIO, D.C. Bar No. 90028306
Assistant United States Attorney U.S. Attorney's Office for the District of Columbia 601 D Street, NW Washington, DC 20530

202- 252-0840

*Attorney for the United States of America*